IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAFRUM INTERNATIONAL INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HELMET VENTURE, INC., TEGOL, INC., NANAL, INC., AND AARON GOLSHANI (A/K/A "GOLSHEN"),<br><br>Defendants | Case No: 3:14-cv-00566<br><br>**AFFIDAVT FOR SERVICE OF COMPLAINT ON DEFENDANTS**<br>Jury Trial Demanded |

R. Steven DeGeorge, being first duly sworn, deposes and says:

1. I am an attorney for the Plaintiff in this action.

2. A copy of the Civil Summons, Complaint, and Disclosure of Corporate Affiliations in this action was deposited in the Post Office for mailing to Helmet Venture, Inc. c/o Mojgan Shabanian, Registered Agent, 955 Venice Boulevard, Los Angeles, CA 90015, by certified mail, return receipt requested, in accordance with Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure.

3. The Civil Summons, Complaint, and Disclosure of Corporate Affiliations were received by David Osorio on December 8, 2014, as evidenced by the attached certified return receipt.

4. A copy of the genuine receipt is attached hereto as Exhibit A.

5. A copy of the Civil Summons, Complaint, and Disclosure of Corporate Affiliations in this action was deposited in the Post Office for mailing to Tegol, Inc., c/o Arash Golshani, Registered Agent, 955 Venice Boulevard, Los Angeles, CA 90015, by certified mail,

return receipt requested, in accordance with Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure.

6. The Civil Summons, Complaint, and Disclosure of Corporate Affiliations were received by David Osorio on December 8, 2014, as evidenced by the attached certified return receipt.

7. A copy of the genuine receipt is attached hereto as Exhibit B.

8. A copy of the Civil Summons, Complaint, and Disclosure of Corporate Affiliations in this action was deposited in the Post Office for mailing to Nanal, Inc., c/o Registered Agent Solutions, Inc., Registered Agent, 4625 West Nevso Drive, Suite 2, Las Vegas, NV 89103, by certified mail, return receipt requested, in accordance with Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure.

9. The Civil Summons, Complaint, and Disclosure of Corporate Affiliations were received by Scott Parker on December 8, 2014, as evidenced by the attached certified return receipt.

10. A copy of the genuine receipt is attached hereto as Exhibit C.

11. A copy of the Civil Summons, Complaint, and Disclosure of Corporate Affiliations in this action was deposited in the Post Office for mailing to Aaron Golshani, 955 Venice Boulevard, Los Angeles, CA 90015, by certified mail, return receipt requested, in accordance with Rule 4(e)(2)(B) of the Federal Rules of Civil Procedure.

12. The Civil Summons, Complaint, and Disclosure of Corporate Affiliations were received by David Osorio on December 8, 2014, as evidenced by the attached certified return receipt.

13. A copy of the genuine receipt is attached hereto as Exhibit D.

This 11th day of December, 2014.

_____
R. Steven DeGeorge
N.C. Bar No. 20723
ROBINSON BRADSHAW & HINSON, PA
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Phone: 704.377.8380
email: sdegeorge@rbh.com

Attorneys for Jafrum International, Inc.

Sworn to and subscribed before me
this 11th day of December, 2014.

_____
Notary Public

My commission expires:

6/30/19

(Notarial Seal)

## CERTIFICATE OF SERVICE

I certify that the foregoing was served via first class mail, postage prepaid to the following:

>Helmet Venture, Inc.
>c/o Mojgan Shabanian, Registered Agent
>955 Venice Boulevard
>Los Angeles, CA 90015
>
>Tegol, Inc.
>c/o Arash Golshani, Registered Agent
>955 Venice Boulevard
>Los Angeles, CA 90015
>
>Nanal, Inc.
>c/o Registered Agent Solutions, Inc., Registered Agent
>4625 West Nevso Drive, Suite 2
>Las Vegas, NV 89103
>
>Aaron Golshani
>955 Venice Boulevard
>Los Angeles, CA 90015

This 11th day of December, 2014.

s/R. Steven DeGeorge
R. Steven DeGeorge
