IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-566-GCM

| | | |
|---|---|---|
| JAFRUM INTERNATIONAL, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| HELMET VENTURE, INC., | ) | |
| NANAL, INC., et al, | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jerry Rulsky,** filed February 12, 2016 [doc. # 19].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Rulsky is admitted to appear before this court *pro hac vice* on behalf of all named Defendants.

**IT IS SO ORDERED.**

Signed: February 16, 2016

Graham C. Mullen
United States District Judge