# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:14-CV-00566-GCM

| | |
|---|---|
| JAFRUM INTERNATIONAL, INC., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HELMET VENTURE, INC. ) | |
| NANAL, INC. ) | |
| TEGOL, INC. ) | |
| AARON GOLSHANI, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion. Plaintiff Jafrum International, Inc. brought this action on October 13, 2014 against Defendants Helmut Venture, Inc., Tegol, Inc., Nanal, Inc., and Aaron Golshani. (Doc. No. 1) Parallel action against Jafrum International by Defendants in the Central District of California resulted in a default judgment against Defendants for failure to prosecute. Accordingly, Plaintiff moved for summary judgment on two of its claims (Counts II and IV). (Doc. No. 10) Defendants failed to respond after being ordered by the Court to do so (Doc. No. 13), and the Court subsequently granted Plaintiff's motion and dismissed the counts. (Doc. No. 14)

On February 2, 2016, this Court ordered a status report. (Doc. No. 15) Defendants' new attorney responded on February 24, explaining that he had filed a Rule 60(b) Motion to Set Aside Judgment in the related California action, and that he intended to file a similar motion in this Court. (Doc. No. 21) He also indicated that he would be filing a motion to dismiss some of the named defendants. (*Id.*) Since that time, there appear to have been no further developments in this case.

**IT IS THEREFORE ORDERED** that Defendants file an Answer within 30 days. The parties are also instructed, within that time, to conduct an initial attorneys' conference. The Certification of Initial Attorneys' Conference will be due on Friday, April 29.

**SO ORDERED.**

Signed: March 16, 2016

Graham C. Mullen
United States District Judge