# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:14-CV-00566-GCM

| | |
|---|---|
| JAFRUM INTERNATIONAL, INC., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HELMET VENTURE, INC. ) | |
| NANAL, INC. ) | |
| TEGOL, INC. ) | |
| AARON GOLSHANI, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion. On May 10, 2016 the Court entered a Pretrial order and Case Management Plan directing discovery to be due on November 18, 2016. (Doc. No. 27). The Court advised the parties that any discovery disputes should be raised informally, by means of correspondence with chambers rather than by motion. Plaintiff has requested discovery about information related to the Defendant's business, and Defendant has opposed the request. The Court has considered all of the issues raised by the parties.

The Court understands the information requested by the Plaintiff to not be protected as a trade secret. This was the only objection to the Plaintiff's discovery request. **IT IS THEREFROE ORDERED**, that the Defendants produce the request documents upon entry of a discovery protective order.

**SO ORDERED.**

Signed: December 6, 2016

Graham C. Mullen
United States District Judge