IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-566-GCM

| | | |
|---|---|---|
| JAFRUM INTERNATIONAL, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HELMET VENTURE, Inc., | ) | |
|     Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.** The trial in this matter is RE-SET for **August 21, 2017,** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: March 21, 2017

Graham C. Mullen
United States District Judge